**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-MJ-03119-TORRES

IN RE: SEALED
CRIMINAL COMPLAINT

_____/

## SEALING ORDER

THIS CAUSE is before the Court on the Government's Motion to Seal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the following be SEALED until further Order, or until the arrest of any Defendant, whichever occurs first, with the exception of copies provided to law enforcement personnel, including foreign law enforcement for the purpose of international arrest and extradition:

1.    Motion to Seal;

2.    Criminal Complaint & Affidavit;

3.    Arrest Warrants;

4.    This Order.

DONE AND ORDERED at Miami, Florida, this 23 day of July, 2018.

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Frank R. Maderal